IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 15-553 |
| GEORGE SMITH | : | |

## **O R D E R**

**AND NOW**, this 20th day of June, 2016, upon consideration of Defendant's Motion to Suppress Evidence (ECF No. 34) and all documents submitted in support thereof and in opposition thereto, and after a hearing in open court, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**