IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

:

vs. :          CRIMINAL NO. 15-553

GEORGE SMITH :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 30th day of June, 2016, came the attorney for the government and the defendant being present with counsel, and

☐          The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐          A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒          The jury has returned its verdict, finding the defendant not guilty as to: Count <u>Two</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:


_/s/ R. Barclay Surrick_____
U.S. District Judge


cc:      U.S. Marshal (2)
         Probation/PTS
         Counsel


  6-30-16
   Date
By Whom   C. Franzese

Cr 1 (8/80)