IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 15-553 |
| GEORGE SMITH : | |

**O R D E R**

    **AND NOW**, this  9th  day of   September  , 2016, upon consideration of Defendant's Post-Trial Motion for Judgments of Acquittal (ECF No. 84) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

    **IT IS SO ORDERED.**

                                              **BY THE COURT:**

                                              **R. BARCLAY SURRICK, J.**